peals for the Fifth Circuit denied. *Mr. Paul L. Lindsay* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, A. E. Gottschall,* and *W. Marvin Smith* for the United States.

No. 747. ROSA, MONSERRATE RAFAELA ET AL. *v.* MEDIA-VILLA ET AL. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Henry G. Molina* for petitioners. *Mr. Gabriel I. Lewis* for respondents.

No. 750. BUNKER *v.* UNITED STATES. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Will C. Austin* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for the United States.

No. 751. GIBSON *v.* UNITED STATES. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles T. Gibson, pro se. Solicitor General Thacher,* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 755. FLORIDA EX REL. WOODS-YOUNG CO. *v.* TEDDER, JUDGE, ET AL. April 11, 1932. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Carl A. Hiaasen* for petitioner. *Mr. Cary D. Landis* for respondents.